UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA GUIZAR,<br><br>              Plaintiff,<br><br>     vs.<br><br>SAFEWAY, INC., a Delaware Corporation,<br><br>              Defendant. | NO.  CV-06-5016-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed January 9, 2007, (Ct. Rec. 19), the parties advised the court that all claims have been resolved in this matter, and that the parties agree that the matter should be dismissed with prejudice and without costs or fees, pursuant to Fed. R. Civ. P. 41.

Therefore, **IT IS ORDERED** the Complaint (Ct. Rec. 2) is **DISMISSED with prejudice** and **without costs** or fees awarded to any party.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, strike all pending trial and hearing dates, distribute copies to counsel, and close the file.

**DATED** this_____19th_____day of January 2007.


                              S/ Edward F. Shea
                              EDWARD F. SHEA
                      UNITED STATES DISTRICT JUDGE

Q:\Civil\2006\5016.dismiss.wpd

ORDER OF DISMISSAL -- 1